AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:21-mj-98-GMB |
| JUAN LEONARDO JIMENEZ-HURTADO | ) |
| *Defendant* | ) Charging District's Case No. 2:20-cr-32-AM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Western__ District of __Texas__, *(if applicable)* _____ division. The defendant may need an interpreter for this language: none.

The defendant:  ☐ will retain an attorney.
 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: April 16, 2021

*Judge's signature*

Gray M. Borden, U.S. Magistrate Judge
*Printed name and title*

FILED
2021 Apr-16 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

United States of America )
v. ) Case No. 2:21-mj 98-GMB
Juan Leonardo Jimenez-Hurtado )
Defendant ) Charging District's Case No. WDTX
) 2:20-cr-32-AM

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)* Western District of Texas.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 04/16/2021

_____
Defendant's signature

_____
Signature of defendant's attorney

Courtney Murtha
Printed name of defendant's attorney

Case 2:20-cr-00032-AM   Document 30   Filed 04/19/21   Page 3 of 7
Case 2:21-mj-00008-GMB   Document 1   Filed 04/16/21   Page 1 of 3   FILED
Case 2:20-cr-00032-AM   Document 28 *SEALED*   Filed 03/16/21   Page 1 of 3   2021 Apr-16 AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TEXAS

FILED
MAR 16 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Leonardo Jimenez-Hurtado    Case Number: DR-20-CR-00032(01)

Name of Sentencing Judicial Officer: Honorable United States District Judge Alia Moses

Date of Original Sentence: April 29, 2020

Original Offense: Illegal Re-Entry into the United States, 8 U.S.C. § 1326

Original Sentence: 5 months imprisonment, followed by 1 year of Supervised Release

Type of Supervision: Supervised Release    Date Supervision Commenced: May 11, 2020

Assistant U.S. Attorney: Michael Gene Schneider    Defense Attorney: Case J. Darwin (Appointed)

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1:** The defendant shall not commit another federal, state, or local crime during the term of supervision. |
| 2. | **Standard Condition No. 9:** If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours. |
| 3. | **Standard Condition No. 17:** If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office, or as ordered by the Court. |

Case 2:20-cr-00032-AM   Document 30   Filed 04/19/21   Page 4 of 7
Case 2:21-mj-00098-GMB   Document 1   Filed 04/16/21   Page 2 of 3
Case 2:20-cr-00032-AM   Document 28 *SEALED*   Filed 03/16/21   Page 2 of 3

On or about January 24, 2021, Juan Leonardo Jimenez-Hurtado, an alien and citizen of Mexico, was found in the United States having been previously denied admission, exclusion, deported, or removed from the United States on or about May 11, 2020. The offender had not received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor for this function pursuant to 6 U.S.C. § 202(3), 202(4), & 557, to reapply for admission being voluntarily in the United States in violation of 8 U.S.C. § 1326(a) & (b)(2).

On January 24, 2021, the offender was encountered by an Alabaster Police Department officer parked in the middle of the road, near Alabaster, Alabama. Upon further investigation, the police officer discovered that the offender was providing fictitious information by providing a false name of Juan Vargas, with a date of birth of September 30, 1998. A subsequent investigation revealed the defendant provided a false name and, he had several warrants pending. He physically attempted to resist apprehension. The offender was subsequently arrested for Using False Identity to Obstruct Justice (felony). On February 10, 2021, the defendant was also served with five outstanding warrants with the city of Alabaster, Alabama. The defendant is currently out on bond within Shelby County, Alabama. The case and subsequent warrants remain pending.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ revoked. (Maximum penalty: 1 year imprisonment; 1 year supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

_Alexandra Valdez_ (signature)

Alexandra Valdez
Supervising U.S. Probation Officer

Respectfully Submitted,

_(signature)_

Javier Vela Jr.
U.S. Probation Officer
Date: March 15, 2021
Telephone #: (830) 308-6923

Approved:

_(signature)_ For

James Ward
Supervisory Assistant U.S. Attorney

cc: Javier Ceniceros
Assistant Deputy Chief U.S. Probation Officer

Case 2:20-cr-00032-AM   Document 30   Filed 04/19/21   Page 5 of 7
Case 2:21-mj-00098-GMB   Document 1   Filed 04/16/21   Page 3 of 3
Case 2:20-cr-00032-AM   Document 28 *SEALED*   Filed 03/16/21   Page 3 of 3

THE COURT ORDERS:

- ☐ No action.
- ☑ The issuance of a WARRANT. Bond is set in the amount of $ _10,000_ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
- ☐ The issuance of a SUMMONS.
- ☐ Other _____

_____
Honorable Alia Moses
United States District Judge

_3-16-21_
Date

# U.S. District Court
# Northern District of Alabama (Southern)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-00098-GMB-1
## *Internal Use Only*

Case title: USA v. Jimenez-Hurtado  
Other court case number: 2:20-cr-32-AM Western District of Texas

Date Filed: 04/16/2021

---

Assigned to: Magistrate Judge Gray M Borden

**Defendant (1)**

| | |
|---|---|
| **Juan Leonardo Jimenez-Hurtado** | represented by **Kevin L Butler**<br>FEDERAL PUBLIC DEFENDER<br>Northern District of Alabama<br>505 20th Street North, Suite 1425<br>Birmingham, AL 35203<br>205-208-7170<br>Email: ALNFD_Notice@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment |

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
18:3583.F

**Disposition**

---

**Plaintiff**

| | |
|---|---|
| USA | represented by **Prim F. Escalona, US Attorney**<br>US ATTORNEY'S OFFICE<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101<br>244-2001<br>Email: Caseview.ecf@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained<br><br>**US Probation**<br>UNITED STATES PROBATION OFFICE |

Robert Vance Bldg.
1800 5th Avenue North
Birmingham, AL 35203
716-2900
Email: alnpdb_cmecf@alnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**USM**
UNITED STATES MARSHAL
Hugo Black Courthouse, Room 240
1729 5th Avenue North
Birmingham, AL 35203
205-731-1712
Email: usms-aln-courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**J Alan Baty**
US ATTORNEY'S OFFICE
1801 4th Avenue North
Birmingham, AL 35203
205-244-2228
Email: alan.baty@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2021 |   | Arrest (Rule 5 – Supervised Release) of Juan Leonardo Jimenez-Hurtado (ASL) (Entered: 04/16/2021) |
| 04/16/2021 | 1 | RULE 5 – SUPERVISED RELEASE OUT OF THE WESTERN DISTRICT OF TEXAS as to Juan Leonardo Jimenez-Hurtado (ASL) (Entered: 04/16/2021) |
| 04/16/2021 |   | Minute Entry for proceedings held before Magistrate Judge Gray M Borden: (ZOOM)Initial Appearance in Rule 5(c)(3) Proceedings & Attorney Appointment as to Juan Leonardo Jimenez-Hurtado held on 4/16/2021; deft present & consented to proceed by video; deft deemed eligible for court appointed counsel, FPD (Murtha) present & appointed; rights & charges explained; deft advised of rights under Rule 32.1; deft waives and reserves right to have preliminary & bond hearing in WDTX; deft remanded to custody of USM (Court Reporter Risa Entrekin) (ASL) (Entered: 04/16/2021) |
| 04/16/2021 | 2 | (Court only) CJA 23 Financial Affidavit by Juan Leonardo Jimenez-Hurtado (ASL) (Entered: 04/16/2021) |
| 04/16/2021 | 3 | WAIVER of Provisions regarding Rule 32.1 by Juan Leonardo Jimenez-Hurtado (ASL) (Entered: 04/16/2021) |
| 04/16/2021 | 4 | ORDER as to Juan Leonardo Jimenez-Hurtado; COMMITMENT TO ANOTHER DISTRICT defendant is ordered to appear in the Western District of Texas. Signed by Magistrate Judge Gray M Borden on April 16, 2021. (ASL) (Entered: 04/16/2021) |